ALD-164                                                         **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 25-1301
_____

RICKY KAMDEM-OUAFFO,
                                        Appellant
v.

FEIN SUCH KAHN & SHEPPARD, P.C., "FSKS";
BORELLI & ASSOCIATES P.L.L.C., "BA"; PHILIP A. KHAN, Esq.; MICHAEL J.
BORRELLI, Esq.; ANTHONY P. MALECKI, Esq.; DOLORES M. DEALMEIDA, Esq.;
BRIAN P.S. MCCABE, Esq.; ROBERT A. BRUNO, J.S.C.; SETTLEMENTS
SYSTEMS INC; ROBERT T. LOUGY, A.J.S.C.; MICHELLE M. SMITH; ARMANDO
B. FONTOURA; TD BANK N.A.; PEPSICO INC.; LUBOJA AND THAU LLP;
JONATHAN C. THAU, LLP; RICHARD M. HUNTER, Esq.; RICHARD M. HUNTER
PLLC; LONDON FISCHER LLP; DR. PETER GIVEN; DR. NAIJIE ZHANG; AIDA
COSTELLO; JOHN DOE; JANE DOE; ABC CORPORATION (1-10)
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.N.J. Civil Action No. 3:22-cv-04174)
District Judge: Honorable Zahid N. Quraishi
_____

Submitted on Appellant's and Appellees' Motions for Summary Action
June 12, 2025

Before:  BIBAS, PORTER, and MONTGOMERY-REEVES, <u>Circuit Judges</u>

(Opinion filed June 25, 2025)
_____

OPINION[*]
_____

---

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.

PER CURIAM

Pro se appellant Ricky Kamdem-Ouaffo appeals from the District Court's order denying his post-judgment motion for leave to file a motion for reconsideration. For the reasons that follow, we will summarily affirm the District Court's order.

In 2022, Kamdem-Ouaffo filed a federal lawsuit challenging the garnishment of funds from his bank accounts pursuant to state court orders. The District Court dismissed his claims and later imposed a limited filing injunction against him. We affirmed both decisions on appeal. See Kamdem-Ouaffo v. Fein Such Kahn & Sheppard, P.C., No. 23-2089, 2024 WL 5244699, at *3 (3d Cir. Dec. 30, 2024). Kamdem-Ouaffo then filed a motion in the District Court for leave to seek reconsideration pursuant to Federal Rule of Civil Procedure 60(b), alleging that the judgment was unconstitutional.

In a text order, the District Court denied his motion, noting that it lacked authority to disturb our ruling on appeal and that Kamdem-Ouaffo could have raised his arguments on appeal. In response, Kamdem-Ouaffo filed an additional motion requesting to seek reconsideration and to correct statements in his prior motions, which the District Court denied. Kamdem-Ouaffo has appealed. Several appellees and Kamdem-Ouaffo have moved for summary action.[1]

---

[1] We have jurisdiction under 28 U.S.C. § 1291. We review orders enforcing a filing injunction for abuse of discretion. See Abdul-Akbar v. Watson, 901 F.2d 329, 331 (3d Cir. 1990). We may summarily affirm a district court's decision if the appeal fails to present a substantial question. See Murray v. Bledsoe, 650 F.3d 246, 247 (3d Cir. 2011) (per curiam).

The District Court did not abuse its discretion in denying Kamdem-Ouaffo leave to file his motions, pursuant to the filing injunction. We have already concluded that the injunction was appropriately entered here and, in any event, Kamdem-Ouaffo did not present any basis for reopening the final judgment issued in his case. <u>See</u> Fed. R. Civ. P. 60(b) (setting forth grounds for relief from a final judgment); <u>see also</u> <u>Budget Blinds, Inc. v. White</u>, 536 F.3d 244, 255, 258 (3d Cir. 2008).

Accordingly, we grant the appellees' motions for summary action and will affirm the District Court's orders.[2]

---

[2] Kamden-Ouaffo's pending motions are denied.